Below is an Order of the Court.

*Trish M. Brown*
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAYSON AND VICTORIA RELLIS<br><br>Debtors. | Case No. 12-30291-tmb13<br><br>STIPULATED ORDER VALUING PROPERTY PURSUANT TO 11 U.S.C. § 506 AND AVOIDING WHOLLY UNSECURED LIEN IN CHAPTER 13 CASE |

THIS MATTER came before the Court on Debtors' Motion to Value Property Pursuant to 11 U.S.C. §506 and Avoid Wholly Unsecured Lien in a Chapter 13 Case. Based on the stipulation of the parties below,

IT IS HEREBY ORDERED that the lien of Aurora Bank, recorded in Clackamas County, State of Oregon on October 31, 2006, as Reference Number 2006-100863, against Debtors' real property located at 14714 SE Emery Lane, Clackamas, OR 97015, legally described as:

LOT 51, ARBOR VALLEY. COUNTY OF CLACKAMAS, STATE OF OREGON

is wholly unsecured, is avoided, and is no longer a lien against the real property described above.

Page 1 – STIPULATED ORDER VALUING PROPERTY PURSUANT TO 11 U.S.C. § 506 AND AVOIDING WHOLLY UNSECURED LIEN IN CHAPTER 13 CASE

IT IS FURTHER ORDERED that if this case is dismissed or converted to one under Chapter 7, the lien avoided by this order shall be reinstated.

IT IS FURTHER ORDERED that any claim formerly secured by the avoided lien will be treated as a secured claim to the extent previously paid by the Chapter 13 Trustee, and an unsecured claim for the remainder, without prejudice to any other objections to the claim.

###

| Order stipulated to and presented by: | Order stipulated to by: |
|---|---|
| MOTSCHENBACHER & BLATTNER LLP | BISHOP WHITE MARSHALL & WEIBEL |
| /s/ Nicholas J. Henderson | /s/ Katie A. Axtell |
| Nicholas J. Henderson, OSB# 074027 | Katie A. Axtell, OSB # 110458 |
| Motschenbacher & Blattner, LLP | 720 Olive Way, Suite 1201 |
| 117 SW Taylor Street, Suite 200 | Seattle WA 98101 |
| Portland, Oregon 97204-3029 | Tel: (206) 622-5306 x 5923 |
| Tel: (503) 417-0500 | Fax: (206) 622-0354 |
| Fax: (503) 417-0501 | |

Parties to Receive Electronic Notice:

- KATIE A AXTELL    kaxtell@bwmlegal.com, bankruptcy@bwmlegal.com
- Wayne Godare    c0urtmai1@portland13.com, c0urtmai1@portland13ct.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, csturgeon@portlaw.com; sdoberneck@portlaw.com; tsexton@portlaw.com
- RICHARD S RALSTON    chapter-13@w-legal.com, angelan@w-legal.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- JENNIFER ^ASPAAS2    ecfor@rcflegal.com, ecfor@rcflegal.com